IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

        Plaintiff,

vs.

SHANE THURMAN, and DR. DANIEL DANAHER,

        Defendants.

8:23CV178

**MEMORANDUM AND ORDER**

Plaintiff, who is no longer incarcerated, filed two identical Motions for Leave to Proceed in Forma Pauperis. Filing Nos. 27 and 28. Upon review of Plaintiff's motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

IT IS THEREFORE ORDERED that:

1. Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

2. The Clerk of the Court is directed to update the Court's records to reflect that Plaintiff is no longer liable for the remaining balance of the filing fee.

Dated this 15th day of January, 2025.

BY THE COURT:

*John M. Gerrard*

Senior United States District Judge