IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

    Plaintiff,

vs.

SHANE THURMAN, and DR. DANIEL DANAHER,

    Defendants.

8:23CV178

ORDER

This matter is before the Court for case management. On January 31, 2025, this case was removed from the Pro Se Docket because, at the time, Plaintiff was not incarcerated. *See* Filing No. 33. A Rule 26(f) Scheduling Order was entered on February 18, 2025. Filing No. 36. On February 26 and 28, 2025, the Court received notice that Plaintiff had been returned to the custody of the Nebraska Department of Correctional Services. Filing No. 38; Filing No. 39. On March 3, 2025, this case was reassigned to the undersigned and the Pro Se Docket due to Plaintiff's re-incarceration. *See* Filing No. 39; Filing No. 40. Because Plaintiff is incarcerated and this matter is assigned to the Pro Se Docket,

    IT IS ORDERED that:

    1. The previous Rule 26(f) Scheduling Order, Filing No. 36, is vacated.

    2. The Court will enter an Order Setting Schedule for Progression of Case in accordance with NECivR 16.1(c).

Dated this 7th day of March, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge