IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

Plaintiff,

vs.

SHANE THURMAN, and DR. DANIEL DANAHER,

Defendants.

**8:23CV178**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion requesting an extension of time to pay his initial appellate partial filing fee of $2.38. Filing No. 99. The Court's records indicate that, on January 26, 2026, the Court applied $3.19 towards the appeal filing fee in this case from what appears to be overpayment in other cases filed by Plaintiff. Thus, Plaintiff's initial appellate partial filing fee has been paid and the burden is now on Plaintiff's institution to collect and remit the remaining monthly installment payments to the Court. Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff's motion for an extension of time, Filing No. 99, is denied as moot. Plaintiff's initial appellate partial filing fee has been paid.

Dated this 12th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge